AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHOI HALLADAY, o/b/o A.H.,
a minor child,

v.

WENATCHEE SCHOOL DISTRICT,
a municipal corporation, and
PATTY EGGLESTON, individually.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-261-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's complaint is dismissed with prejudice. Defendant's motion for summary judgment is granted.

February 13, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pamela A. Howard
*(By) Deputy Clerk*
Pamela A. Howard